UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY MARK MCMEEL,<br><br>               Petitioner,<br><br>   v.<br><br>MAGGIE SERRAVALLI,<br><br>               Respondent. | CASE NO. 3:23-cv-05121-RSL-JRC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the report and recommendation of Magistrate Judge J. Richard Creatura, petitioner's responding Notice of Protest and Exhaustion, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the report and recommendation.

(2) Petitioner's federal habeas petition is dismissed with prejudice.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is directed to send a copy of this Order to petitioner and Judge Creatura.

**DATED** this March 20, 2023.

                                                                 Robert S. Lasnik
                                                                 United States District Judge